IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AARON B. BUSKELL, et al. | : | NO. 13-6630 |

**ORDER**

**AND NOW,** this 2nd day of May, 2014, in consideration of Plaintiff's Motion for

Default (ECF No. 6), it is hereby **ORDERED** that:

1. The motion is **DENIED** without prejudice. Within thirty (30) days, Plaintiff may

   submit a renewed motion for default judgment. Such motion shall include, but,

   not be limited to, exhibits containing the following information:

   a. Evidence that the "Notice of Intention to Foreclose," which indicates that

      it was served by certified mail, was actually served in this manner.

   b. A payment history that allows this Court to identify the principal and

      interest balance of the mortgage.

   c. An explanation of each fee and charge that is requested.

   d. An affidavit from an appropriate official at the USDA describing i)

      Plaintiff's compliance with 42 U.S.C. § 1475(b) in this matter, as it relates

      to Act 91 and ii) Plaintiff's general compliance with 42 U.S.C. § 1475(b)

      as it relates to its decisions to foreclose within Pennsylvania.

   e. A detailed explanation of the attorney's fees that it seeks.

2. To the extent Defendants seek to participate in this action, they may consider

   contacting:

1

a.  Legal Aid of Southeastern PA, 222 N. Walnut Street, Second Floor, West

Chester, PA 19380, (877) 429-5994.

b.  Chester County Bar Association Lawyer Referral Service, 15 W. Gay

Street, 2nd Floor, West Chester, PA 19380, (610) 429-1500.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge